UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Arun Goyal,

    Plaintiff,

v.                                                                                        Civ. No. 03-5484 (JNE/RLE)
                                                                                    ORDER

University of Minnesota, Kathryn Martin,
Vincent Magnuson, James Riehl, Randall
Hicks, and Deborah Peterson-Perlman,

    Defendants.

Based on the files, records, and proceedings herein, and for the reasons stated in the Court's Memorandum dated July 22, 2005, IT IS ORDERED THAT:

1.     The University's Motion for Summary Judgment [Docket No. 16] is GRANTED.

2.     The Complaint [Docket No. 1] is DISMISSED WITH PREJUDICE.

3.     Unless otherwise ordered, the Court shall unseal the Memorandum on August 5, 2005. The Parties shall submit proposed redactions, if any, by July 29, 2005.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 22, 2005

                                                                s/ Joan N. Ericksen_____
                                                                 JOAN N. ERICKSEN
                                                                 United States District Judge